**MORENO & RIVERA, LLP**

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259

Attorney for Defendant,
JASON BUNKER

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED BROWN, | ) | 1:02  CIV. F - 6018 AWI DLB P |
| | ) | |
| Plaintiff, | ) | **SUBSTITUTION OF COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| EDGAR CASTILLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

BY OUR SIGNATURES BELOW, it is hereby mutually agreed that JESSE M. RIVERA, of the LAW OFFICES OF MORENO & RIVERA, is substituted in on Case Number CIV.F-02-6018 AWI DLB P, and BARBARA SPIEGEL, Deputy Attorney General, is substituted out of said case, as attorney of record for Defendant JASON BUNKER.

DATED: _____     _____
                                                                                  JASON BUNKER

I hereby agree to said substitution.                    MORENO & RIVERA

DATED: February 4, 2005                                   BY:_____
                                                                                   JESSE M. RIVERA

I hereby consent to said substitution.                 DEPUTY ATTORNEY GENERAL

DATED: _____     _____
                                                                                  BARBARA SPIEGEL

1 **ORDER**

2  GOOD CAUSE HEREBY APPEARING it is hereby ordered that the substitution of counsel

3 be approved *nunc pro tunc* to February 15, 2005.

8  IT IS SO ORDERED.

9 **Dated:   May 16, 2005**            /s/ Dennis L. Beck
   3c0hj8                  UNITED STATES MAGISTRATE JUDGE