MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168

Attorneys for Defendant, JASON BUNKER

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | CASE NO. CIV.F-02-6018 AWI DLB P |
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| EDGAR CASTILLO, et al., | |
| Defendants. | |

**ORDER**

Good cause appearing, it is hereby ordered that the amended scheduling issued of March 28, 2005 is modified and Defendant JASON BUNKER's request to extend the dispositive motion deadline until forty-five (45) days after the Court has issued a ruling on Defendant BUNKER's pending Motion to Dismiss [F.R.C.P. 12(b)(6)] is GRANTED.

IT IS SO ORDERED.

Dated: **July 28, 2005**        **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE