# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,            ) | CV F- 02-6018 AWI DLB P |
| )  Plaintiff,                  ) | ORDER DISREGARDING PLAINTIFF'S OBJECTION TO LAW |
| v.                        ) | OFFICES OF MORENO AND RIVERA (DOC 47) |
| EDGAR CASTILLO, et al.,   ) | |
| )  Defendants.             ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On February 15, 2005, the Law Office of Moreno and Rivera was substituted in as counsel for defendant J. Bunker, apparently based on a conflict of interest with his prior counsel Deputy Attorney General Barbara Spiegel. On February 22, 2005, plaintiff filed an objection to the substitution. This objection is disregarded. Plaintiff is advised that it is not uncommon for a substitution of counsel to occur based on a conflict of interest and a party is not required to disclose the nature of the conflict to the opposing party.

IT IS SO ORDERED.

**Dated:   July 28, 2005**              **/s/ Dennis L. Beck**

1  3c0hj8                              UNITED STATES MAGISTRATE JUDGE