# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EDGAR CASTILLO, et al.,<br><br>　　　　　　Defendants. | CV F- 02-6018 AWI DLB P<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO AMENDED COMPLAINT |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  Pending before the Court is plaintiff's amended complaint, filed April 13, 2005.  The amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants EDGAR CASTILLO, CURTIS, J.J KING, T. BARBEIRO, D. WALKER, J. BUNKER, I. MATHOS, D. DUVALL, and T. DULAY. Defendants are HEREBY ordered to respond to the amended compliant within 20 days of this Order.

　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　Dated:　July 28, 2005　　　　　　　/s/ Dennis L. Beck
3c0hj8　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE