UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED BROWN, | ) | CV F- 02-6018 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | REQUEST FOR ENTRY OF |
| v. | ) | DEFAULT AGAINST DEFENDANT |
| | ) | BUNKER |
| EDGAR CASTILLO, et al., | ) | [DOC 98] |
| | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On September 12, 2005, plaintiff filed a request for entry of default against defendant Bunker. Plaintiff's request is denied. On April 13, 2005, plaintiff filed an amended complaint. On May 18, 2005, defendant Bunker filed a motion to dismiss the amended complaint to which plaintiff filed an opposition on August 1, 2005. The motion is still before the Court. Plaintiff's motion is therefore DENIED.

IT IS SO ORDERED.

Dated: September 15, 2005             /s/ Dennis L. Beck
3c0hj8                                UNITED STATES MAGISTRATE JUDGE