# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>        Plaintiff,<br><br>   v.<br><br>EDGAR CASTILLO, et al.,<br><br>        Defendants.<br>_____ | CV F- 02-6018 AWI DLB P<br><br>ORDER CLARIFYING ORDER DIRECTING DEFENDANTS TO RESPOND TO AMENDED COMPLAINT |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On July 29, 2005, the Court, after screening plaintiff's amended complaint, entered an order requiring defendants CASTILLO, CURTIS, J.J KING, T. BARBEIRO, D. WALKER, J. BUNKER, I. MATHOS, D. DUVALL, and T. DULAY to respond to the amended complaint. The Court inadvertently included defendant BUNKER in this order.

///

///

///

///

///

1  Defendant BUNKER has filed a motion to dismiss the amended complaint which is still pending
2  before the Court and therefore defendant BUNKER is under no obligation to further respond to the
3  amended complaint at this time.

5       IT IS SO ORDERED.

6       **Dated:   September 15, 2005**              **/s/ Dennis L. Beck**
   3b142a                                         UNITED STATES MAGISTRATE JUDGE