UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED BROWN, | ) | 1:02-CV-6018 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #116) |
| v. | ) | |
| | ) | |
| EDGAR CASTILLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2005, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   December 15, 2005**             **/s/ Dennis L. Beck**
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE