UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>                Plaintiff,<br><br>        v.<br><br>EDGAR CASTILLO, et al.,<br><br>                Defendants. | CV F- 02-6018 AWI DLB P<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFF EXTENSION OF TIME IN WHICH TO FILE OPPOSITION<br>(DOCS 114, 117) |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On September 7, 2005, this Court issued its scheduling order setting the deadline for filing dispositive motions as July 5, 2006.  On September 27, 2005, defendants Barbeiro, Castillo, Curtis, Dulay, Duvall, King, Mathos and Walker filed a motion for summary judgment to which plaintiff objects as premature.  Plaintiff's objection is overruled

Plaintiff objects to the motion in part because he states he has not received requested discovery from defendant Bunker.  However, the motion is not filed on behalf of defendant Bunker.  The Court has just granted defendant Bunker's motion to dismiss in part (*See* Document No. 120).  Defendant Bunker will now be required to respond to the complaint and plaintiff will have the opportunity to

1  request discovery from defendant Bunker.

2     To the extent plaintiff seeks an extension of time in which to file an opposition to
3  defendants' motion for summary judgment, that request is GRANTED.  Plaintiff is granted an
4  extension of thirty (30) days from this order in which to file any opposition to the motion for
5  summary judgment.

6     IT IS SO ORDERED.

7     **Dated:   March 14, 2006**                         **/s/ Dennis L. Beck**
   3c0hj8                                              UNITED STATES MAGISTRATE JUDGE
8