UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED BROWN, | ) | 1:02-CV-6018 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #129) |
| | ) | |
| EDGAR CASTILLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 7, 2006, plaintiff filed a motion to extend time to file an opposition to the motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension of thirty (30) days from this order in which to file any opposition to the motion for summary judgment.

.

IT IS SO ORDERED.

Dated:   May 17, 2006                        /s/ Dennis L. Beck
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE