UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED BROWN, | ) | 1:02-CV-6018 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #144) |
| v. | ) | |
| | ) | |
| EDGAR CASTILLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 27, 2006, plaintiff filed a motion to request an additional 45 day extension of time to file opposition to defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an opposition to defendants' motion for summary judgment..

IT IS SO ORDERED.

Dated:   August 18, 2006                    /s/ Dennis L. Beck
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE