UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EDGAR CASTILLO, et al.,<br><br>　　Defendants. | 1:02-CV-6018 AWI DLB P<br><br>ORDER GRANTING THIRD EXTENSION OF TIME<br><br>(DOCUMENT #147) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2006, plaintiff filed a third motion requesting an additional 60 day extension of time to file opposition to defendants' motion for summary judgment. While all parties will benefit from a decision on defendant's motion which considers plaintiff's position, plaintiff is warned that further requests for extensions to file an opposition will be viewed with disfavor by the court. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an opposition to defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:  **October 27, 2006**　　　　　　　/s/ **Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE