UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | 1:02-CV-6018 AWI DLB P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (DOCUMENT #152, 154) |
| EDGAR CASTILLO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On January 26, 2007, plaintiff filed a motion to extend time to file an opposition to the defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension to **March 5, 2007,** in which to file his opposition to the defendants' motion for summary judgment.

IT IS SO ORDERED.

**Dated:   February 5, 2007**          /s/ Dennis L. Beck
3c0hj8                                 UNITED STATES MAGISTRATE JUDGE