IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br>EDGAR CASTILLO, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-02-6018 AWI DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS<br><br>[Doc. 137] |

**BACKGROUND**

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. The instant action involves allegations by plaintiff that during his incarceration at the California Substance Abuse Treatment Facility at Corcoran State Prison, defendants were deliberately indifferent to his medical needs by failing to provide him with a replacement for his old wheelchair. Plaintiff alleges that on January 28, 2002, he fell out of his wheelchair and suffered physical injuries.

On May 19, 2006, the Court granted in part, plaintiff's motions to compel further responses to Interrogatories served on defendant Bunker and Request for Production of Documents. On June 6, 2006, plaintiff filed a motion for sanctions, contending that defendant failed to comply with the Court's May 19, 2006 Orders. Defendant filed an opposition to the motion for sanctions on June 19, 2006.

1

1  Defendant attaches evidence to his opposition which satisfies the Court that he has complied with
2 the Court's May 19, 2006 Orders. It appears that defendants' further responses may not have been
3 received by plaintiff at the time he filed his motion for sanctions.
4  Accordingly, plaintiff's motion for sanctions is HEREBY DENIED.
5  IT IS SO ORDERED.
6  Dated: **March 6, 2007**          /s/ **Dennis L. Beck**
   3c0hj8                              UNITED STATES MAGISTRATE JUDGE

2