1  EDMUND G. BROWN
Attorney General of the State of California
2  DAVID S. CHANEY
Chief Assistant Attorney General
3  FRANCES T. GRUNDER
Senior Assistant Attorney General
4  MICHAEL JORGENSON
Supervising Deputy Attorney General
5  JULIANNE MOSSLER, State Bar No.  243749
Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5746
Fax:  (415) 703-5843
8   Email:  Julianne.Mossler@doj.ca.gov
Attorneys for Defendants Barbeiro, Castillo,
9  Curtis, Dulay, Duvall, King, Mathos, and Walker

10

11                **IN THE UNITED STATES DISTRICT COURT**

12                     **FOR THE EASTERN DISTRICT**

13                          **FRESNO DIVISION**

14

15  **ALFRED BROWN,**                          **No. CIV F 02 6018 AWI DLB P**

16                              **Plaintiff,**

17              **v.**                          **EX PARTE REQUEST FOR
                                                EXTENSION OF TIME TO FILE
                                                RESPONSIVE PLEADING**
18  **EDGAR CASTILLO, et al.,**
                                                **ORDER**
19
                              **Defendant.**
20

21          Defendants Barbeiro, Castillo, Curtis, Dulay, Duvall, King, Mathos, and Walker

22  respectfully request that this Court grant them an extension of time, up to and including

23  April 9, 2007 in which to file their reply to Plaintiff's Opposition to Motion for Summary

24  Judgment. The grounds for the motion are as follows:

25  ///

26  ///

27  ///

28  ///

                                       1

1        1.  Defendants Barbeiro, Castillo, Curtis, Dulay, Duvall, King, Mathos, and Walker

2    (Defendants) filed their motion for summary judgment on September 27, 2005.

3        2.  The certificate of service included with Plaintiff's Opposition to Defendants' motion

4    for summary judgment indicates that it was served on February 20, 2007.  According to Local

5    Rule 78-230(m), Defendants' reply to Plaintiff's opposition to motion for summary judgment

6    was due February 27, 2007.  However, Plaintiff's opposition was not received by Defendants'

7    counsel until March 9, 2007.

8        3.  Counsel for Defendants is also the attorney primarily responsible for representing state

9    corrections officials in the class action lawsuit involving conditions of confinement in the

10   condemned unit at California State Prison, San Quentin entitled *Lancaster, et al. v. Tilton, et al.,*

11   United States District Court for the Northern District of California case number C 79-01630

12   WHA.   In that capacity, counsel is currently engaged in extensive discovery, including the

13   production of over 5000 documents and the defense of six depositions of state corrections

14   officials.  This intensive period of discovery is expected to conclude by April 2, 2007.

15       4.  In addition, counsel will be out of state on business from March 12 through March 16,

16   2007.

17       5.  In light of these obligations Defendants' counsel requires additional time to review

18   and research Plaintiff's arguments in order to adequately prepare Defendants' reply to Plaintiff's

19   opposition to Motion for Summary Judgment.

20       6.  Defendants request an extension of time up to and including April 9, 2007, within

21   which to file and serve their reply to Plaintiff's opposition to motion for summary judgment.

22   This is the second request for an extension of time on behalf of Defendants.  It is not made for

23   any purpose of harassment or undue delay or for any improper reason.

24       7.  Plaintiff is a state prisoner and cannot be easily contacted about an extension of time.

25   ///

26   ///

27   ///

28   ///

2

1    WHEREFORE, Defendants request that the Court grant them an extension of time up to

2   and including April 9, 2007 in which to file their reply to Plaintiff's opposition to motion for

3   summary judgment.

4    DATED:  March 15, 2007.

Respectfully submitted,

5

6    EDMUND G. BROWN
Attorney General of the State of California

7    DAVID S. CHANEY
Chief Assistant Attorney General

8    FRANCES T. GRUNDER
Senior Assistant Attorney General

9    MICHAEL JORGENSON
Supervising Deputy Attorney General

10

11   /s/    Julianne Mossler

JULIANNE MOSSLER

12   Deputy Attorney General

13   Attorneys for Defendants Barbeiro, Castillo, Curtis,
Dulay, Duvall, King, Mathos, and Walker

14

15

16   02pc6018.ext.brown.dm.wpd

17

18                    IT IS SO ORDERED.

19   Dated: __**March 15, 2007**__               ____**/s/ Dennis L. Beck**____
     3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

3