# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>EDGAR CASTILLO, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:02-cv-06018-LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO EXHAUST<br><br>(Doc. 181) |

Plaintiff Alfred Brown, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 15, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  On May 14, 2008, defendants filed an objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 15, 2008, is adopted in full; and

2. Defendants' motion to dismiss for failure to exhaust is denied.

IT IS SO ORDERED.

**Dated:**    **July 15, 2008**             /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE