IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | 1:02-cv-6018 LJO DLB (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR MODIFICATION OF SECOND SCHEDULING ORDER WITHOUT PREJUDICE |
| vs. | |
| EDGAR CASTILLO, et al., | (Doc. 189). |
| Defendants | |

On October 21, 2008, counsel for plaintiff filed a document entitled "Stipulated Motion Requesting Modification of July 25, 2008 Scheduling Order", requesting that the jury trial be continued to March 9, 2009, and that the deadlines for filing pre-trial statements, motions for attendance of incarcerated witnesses, and for submitting witness fees for plaintiff's unincarcerated witnesses be extended. (Doc. 189).

Modification of a scheduling order requires a showing of good cause, Fed. R. Civ. P. 16(b), and good cause requires a showing of due diligence, Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087-88 (9th Cir. 2002).

In the present case, the stipulation submitted by plaintiff's counsel is not signed by all parties. Even if the motion is supported by all parties, no good cause for a modification of the Scheduling Order has been shown. The Scheduling Order was issued on July 28, 2008. The parties have not explained why they are unable to meet the deadlines that were set three months ago.

-1-

1  No good cause appearing, the motion for modification of the Court's Second Scheduling
2 Order is HEREBY ORDERED DENIED, without prejudice to refiling with a showing of good cause.
3  IT IS SO ORDERED.
4  **Dated:   October 28, 2008**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE