UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

ALFRED BROWN,            1:02-CV-6018 LJO DLB (PC)
    Plaintiff,

                                                      ORDER ON
v.                                          STIPULATED MOTION
                                                  REQUESTING MODIFICATION OF
                                                  JULY 25, 2008 SCHEDULING ORDER

EDGAR CASTILLO, et al.,

    Defendants
_____/

**ORDER**

      On this the 29th day of October, 2008, the Court came to hear Plaintiff's Stipulated Motion for Modification of Scheduling Order. After considering the motion, it is hereby determined that Plaintiff's motion should be GRANTED.

      In accordance with this order, the **new deadlines** are as follows:

1) Jury Trial in this matter is set for March 9, 2009;
2) Plaintiff's pretrial statement is due by January 5, 2009;
3) Defendants' pretrial statement is due by January 26, 2009; and
4) Plaintiff's Motion for Attendance of Incarcerated Witnesses, as well as the necessary fees for service of subpoenas on witnesses pursuant to Fed.R.Civ.P. 45, are due by January 5, 2009.

IT IS SO ORDERED.

Dated:   **October 29, 2008**          /s/ **Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE