# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR CASTILLO, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:02-cv-06018-LJO-DLB PC<br><br>**ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING**<br><br>Telephonic Trial Confirmation Hearing: Thursday February 5, 2009 at 8:15 a.m. before the Honorable Lawrence J. O'Neill |

　　　Plaintiff Alfred Brown ("plaintiff") is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed August 20, 2002, against defendants Walker, Mathos and Castillo for violation of plaintiff's Eighth Amendment rights.

　　　On November 25, 2008, defendants filed a motion requesting that the telephonic trial setting conference, currently set for December 5, 2008, be rescheduled. (Doc. 193). Defendants also request that they be relieved of the expense and burden of arranging for plaintiff's participation in the telephonic conference, as plaintiff has since obtained representation.

　　　Good cause appearing, the telephonic trial confirmation hearing is HEREBY ORDERED CONTINUED to **Thursday February 5, 2009 at 8:15 a.m.** before the Honorable Lawrence J. O'Neill. Defendants are not required to arrange for plaintiff's participation in the telephonic trial confirmation hearing.

1  Counsel for the parties appearing telephonically shall appear together on a single phone line,
2  and shall call **(559) 499-5680** to initiate the hearing.
3  IT IS SO ORDERED.
4  **Dated:   December 1, 2008**               **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE