UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

ALFRED BROWN,                    1:02-CV-6018 LJO DLB (PC)
    Plaintiff,

v.                               ORDER ON STIPULATED MOTION REQUESTING MODIFICATION OF OCTOBER 30, 2008 SCHEDULING ORDER

EDGAR CASTILLO, et al.,

    Defendants
_____/

## ORDER

On December 31, 2008, Plaintiff filed a Stipulated Motion for Modification of the Court's Scheduling Order. (Doc. 195). Good cause appearing, Plaintiff's motion for modification of the October 30, 208 Scheduling Order is granted.

In accordance with this order, the **new deadlines** are as follows:

1) Jury Trial in this matter is set for May 11, 2009 at 8:30 a.m. before the Honorable Lawrence J. O'Neill in Courtroom 4;

2) Plaintiff's pretrial statement is due by March 6, 2009;

3) Defendants' pretrial statement is due by March 27, 2009;

4) Plaintiff's Motion for Attendance of Incarcerated Witnesses, as well as the necessary fees for service of subpoenas on witnesses pursuant to Fed.R.Civ.P. 45, are due by March 6, 2009; and

5) The Telephonic Trial Confirmation Hearing is to take place on April 6, 2009 at 8:15 a.m before the Honorable Lawrence J. O'Neill in Courtroom 4.

IT IS SO ORDERED.

**Dated:   January 5, 2009**               _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE