# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | CASE NO. 1:02-cv-06018-LJO-DLB PC |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| EDGAR CASTILLO, et al., | **Telephonic Status Conference: March 6, 2009 at 11:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck** |
| Defendants. | |

Plaintiff Alfred Brown ("plaintiff") is a state prisoner represented by counsel and proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's complaint, filed August 20, 2002, against defendants Walker, Mathos and Castillo for violation of plaintiff's Eighth Amendment rights.  On February 25, 2009, plaintiff's counsel filed a third stipulated motion to modify the Second Scheduling Order.  (Doc. 197).

The Court sets this matter for telephonic status conference before the undersigned on Friday March 6, 2009 at 11:00 a.m.  The parties are to initiate the telephonic hearing at **(559) 499-5670** and are to appear together on a single phone line.

IT IS SO ORDERED.

Dated:   **March 2, 2009**            /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE

1