UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **ALFRED BROWN,** | **1:02-CV-6018 LJO DLB (PC)** |
| **Plaintiff,** | |
| v. | **ORDER ON STIPULATED MOTION REQUESTING MODIFICATION OF JANUARY 5, 2009 SCHEDULING ORDER** |
| **EDGAR CASTILLO, et al.,** | |
| **Defendants** / | |

## ORDER

On February 25, 2009, Plaintiff filed a Stipulated Motion for Modification of Scheduling Order. After considering the motion and good cause appearing, Plaintiff's motion is HEREBY GRANTED and the Telephonic Scheduling Conference set for March 6, 2009 before the undersigned in HEREBY VACATED.

In accordance with this order, the **new deadlines** are as follows:

1) Jury Trial in this matter is set for July 13, 2009 at 8:30 a.m. before the Honorable Lawrence J. O'Neill;
2) Plaintiff's pretrial statement is due by May 6, 2009;
3) Defendants' pretrial statement is due by May 27, 2009;
4) Plaintiff's Motion for Attendance of Incarcerated Witnesses, as well as the necessary fees for service of subpoenas on witnesses pursuant to Fed.R.Civ.P. 45, are due by May 6, 2009; and

5) Telephonic Trial Confirmation Hearing is to take place on June 5, 2009 at 8:15 a.m before the Honorable Lawrence. J. O'Neill.

IT IS SO ORDERED.

**Dated:   March 5, 2009**                              **/s/ Dennis L. Beck**
                                                                 UNITED STATES MAGISTRATE JUDGE