# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>EDGAR CASTILLO, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:02-cv-06018-LJO DLB PC<br><br>ORDER CROSS-DESIGNATING CASE TO JUDGE VADAS FOR SETTLEMENT<br><br>ORDER SETTING SETTLEMENT CONFERENCE BEFORE JUDGE VADAS ON **JUNE 24, 2009**, AND REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS TO JUDGE VADAS ON OR BEFORE **JUNE 12, 2009** |

    On May 14, 2009, the parties filed a joint request for mediation before the Honorable Judge Vadas. (Doc. 203.) Accordingly, it is HEREBY ORDERED that:

1.     This case is cross-designated to the Honorable Nandor J. Vadas for settlement purposes only;

2.     The settlement conference shall be conducted on June 24, 2009 before Judge Vadas at California State Prison-Solano;[1]

3.     Within **eleven (11) days** of the settlement conference, Judge Vadas shall file a report in this case indicating the outcome of the settlement proceedings;

4.     On or before June 12, 2009, Plaintiff and Defendants shall submit confidential settlement conference statements by mail to:

---

[1] By separate order, the transportation of Plaintiff for the settlement conference will be arranged.

1

United States Magistrate Judge Nandor J. Vadas
P.O. Box 1306
Eureka, CA 95501-1038.

and;

5. In light of the District Judge's rulings on the parties' motion to modify the Scheduling Order and motion for reconsideration, this action is **not** stayed pending completion of the proceedings before Judge Vadas.

IT IS SO ORDERED.

Dated: **May 20, 2009**    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE