# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>                Plaintiff,<br><br>vs.<br><br>EDGAR CASTILLO, et al.,<br><br>                Defendants.<br>_____/ | 1:02-cv-06018 LJO DLB (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE ALFRED BROWN, CDC #J-15695, PLAINTIFF**<br><br>DATE: JUNE 24, 2009<br>TIME: 8:00 A.M. |

**ALFRED BROWN**, inmate, CDC #J-15695, a necessary and material witness on his own behalf in proceedings in this case on June 24, 2009, is confined at California Substance Abuse Treatment Facility and State Prison- Corcoran (SATF-CSP Corcoran), 900 Quebec Avenue, Corcoran, California, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison- Solano, 2100 Peabody Road, Vacaville, California, on June 24, 2009, at 8:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to appear before United States Magistrate Judge Nandor J. Vadas at California State Prison-Solano at the time and place above, and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

2. In executing this Writ, the California Department of Corrections and Rehabilitation retains sole discretion over the housing of the inmate as is appropriate for his custody and security level.

3. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of** California Substance Abuse Treatment Facility and State Prison- Corcoran (SATF-CSP Corcoran), 900 Quebec Avenue, Corcoran, California:

**WE COMMAND** you to produce the inmate named above to appear before United States Magistrate Judge Nandor J. Vadas at California State Prison-Solano, and thereafter to return the inmate to the above institution, or other institution as deemed appropriate by the California Department of Corrections and Rehabilitation.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **May 26, 2009**    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE