# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | CASE NO. 1:02-cv-06018-LJO DLB PC |
| Plaintiff, | ORDER VACATING TRANSPORTATION WRIT |
| v. | (Doc. 210) |
| EDGAR CASTILLO, et al., | ORDER AMENDING ORDER SETTING SETTLEMENT CONFERENCE |
| Defendants. | (Doc. 212) |
| | **Settlement Conference:** June 24, 2009 at 10:00 a.m. before the Honorable Judge Vadas, Courtroom 2, United States Courthouse, 4450 Golden Gate Avenue, San Francisco. |

    This matter is currently set for settlement conference before the Honorable Judge Vadas on June 24, 2009 at California State Prison - Solano. (Doc. 207.) On June 2, 2009, the parties filed a joint request that the scheduled settlement conference take place at the United States District Court, Northern District of California, San Francisco Division, as counsel for both parties and Judge Vadas will be in San Francisco on June 24, 2009.

    The parties further request that they be permitted to submit their confidential settlement conference statements to Magistrate Judge Vadas by email on or before June 16, 2009. The parties further request that Plaintiff be transported to California State Prison, San Quentin, by June 23, 2009 and then transported to the United States District Court, Northern District of California, San Francisco Division to attend at the settlement conference on June 24, 2009.

1  The parties' request that the order be amended so that the settlement conference take place on **June 24, 2009 at 10:00 a.m. at the United States District Court, Northern District of California, San Francisco Division** is HEREBY GRANTED.

Accordingly, the writ of habeas corpus ad testificandum commanding that Plaintiff be transported to CSP - Solano on June 24, 2009 is HEREBY ORDERED VACATED. (Doc. 210.)

The Court shall issue a revised order and writ of habeas corpus ad testificandum commanding Plaintiff's attendance at the settlement conference at the United States District Court, Northern District of California, San Francisco Division on June 24, 2009. However, with respect to the parties' request that the order and writ state that Plaintiff is to be housed at California State Prison, San Quentin, the parties are advised that the California Department of Corrections and Rehabilitation retains sole discretion over the housing of Plaintiff. The Court is not in a position to determine whether California State Prison - San Quentin is appropriate for Plaintiff based on his custody and security level. Therefore, the Court's revised Writ of Habeas Corpus ad Testificandum will contain no such provision.

The parties may submit their confidential settlement conference statements by email to Magistrate Judge Vadas no later than **June 16, 2009.**

IT IS SO ORDERED.

Dated: **June 3, 2009**              /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE