**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED BROWN,

    Plaintiff,

    v

EDGAR CASTILLO,

    Defendants.

Case No C 02-6018 LJO DLB

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on June 24, 2009. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff with his attorney, David Kenneth Sergi

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Julianne Mossler

    ☒ Other: California Department of Corrections and Rehabilitation, Alan Sobel

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☒ The parties are discussing settlement and a status conference has been scheduled for June 15, 2009 at 1:00 p.m. , Courtroom C, 450 Golden Gate Avenue, San Francisco, California.  Plaintiff may appear by phone.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date:  6/29/09

Nandor J Vadas
United States Magistrate Judge
Sitting by Designation

**United States District Court**
For the Northern District of California