IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>    Plaintiff,<br><br>    v<br><br>EDGAR CASTILLO,<br><br>    Defendants. | Case No C 02-6018 LJO DLB<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on July 15, 2009.  The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff, Alfred Brown and Counselor Horneia Ortiz by phone, and plaintiff's counsel Kenneth Sergi by phone

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Julianne Mossler

    ☒ Other: California Department of Corrections and Rehabilitation, Alan Sobel

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☒ The parties shall appear for a further status hearing regarding settlement on July 22, 2009 at 1:30 p.m. Parties may appear by phone, and the court will initiate the call. _____.

☐ The parties are unable to reach an agreement at this time.

Date: 7/20/09

Nandor J Vadas
United States Magistrate Judge
Sitting by Designation