# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ALFRED BROWN,                                    Case No.: 1:02-cv-06018-LJO-DLB PC

          Plaintiff,

                                **ORDER VACATING TRIAL DATE**

    v.

EDGAR CASTILLO, et al.,

          Defendants.

_____/

      The Court has been advised that the parties have reached a settlement in this action. Accordingly, the jury trial and motion in limine hearing dates are HEREBY ORDERED VACATED.

      The deadlines for filing motions in limine, trial briefs, jury instructions, verdicts forms, a joint statement of the case, and for submitting and objecting to trial exhibits are DISCHARGED.

IT IS SO ORDERED.

**Dated:   July 28, 2009**                          _____/s/ Lawrence J. O'Neill_____
                                     UNITED STATES DISTRICT JUDGE