**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFRED BROWN,

     Plaintiff,

v

EDGAR CASTILLO,

     Defendants.

Case No C 02-6018 LJO DLB

REPORT OF PRO SE PRISONER
EARLY SETTLEMENT
PROCEEDING

A settlement conference in this matter was held on July 23, 2009.  The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☐ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Julianne Mossler

    ☒ Other: Plaintiff's counsel, Kenneth Sergi by phone

1  (2)      The following individuals, parties, and/or representatives did not appear:

2  (3)      The outcome of the proceeding was:

3          ☒ The case has been completely settled.

4          ☐  The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7          ☐ The parties agree to an additional follow up settlement on

8  _____.

9          ☐ The parties are unable to reach an agreement at this time.

10

11  Date:  August 4, 2009

Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California