1    EDMUND G. BROWN JR.
Attorney General of California
2    MICHAEL W. JORGENSON
Supervising Deputy Attorney General
3    JULIANNE MOSSLER
Deputy Attorney General
4    State Bar No. 243749
   455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
   Telephone:  (415) 703-5746
6    Fax:  (415) 703-5843
   E-mail:  Julianne.Mossler@doj.ca.gov
7    Attorneys for Defendants Castillo, Mathos, and
Walker

8

9            **IN THE UNITED STATES DISTRICT COURT**

10        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11               **FRESNO DIVISION**

12

| | |
|---|---|
| 13    **ALFRED BROWN,** | **CIV F 02 6018 LJO DLB P** |
| 14                     **Plaintiff,** | **VOLUNTARY DISMISSAL WITH** |
| 15    | **PREJUDICE AND ORDER** |
| 16        **v.** | |
| 17    **EDGAR CASTILLO, et al.,** | |
| 18                     **Defendants.** | |

19

20        Following mediation of this case on July 23, 2009 with the Honorable Magistrate Judge

21    Nandor J. Vadas, Plaintiff Alfred Brown, by and through his attorney of record, voluntarily

22    dismisses Defendants Edgar Castillo and Isabel Mathos from this action, with prejudice but

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1

without any consideration or monetary sum.  Each party is to bear his or her own attorneys' fees and costs.

Dated:_____                __/s/_____
                                          DAVID K. SERGI
                                          David K. Sergi & Associates, P.C.
                                          Attorneys for Plaintiff Alfred Brown


Dated:_____                _/s/_____
                                          JULIANNE MOSSLER
                                          Deputy Attorney General
                                          Attorneys for Defendants Castillo, Mathos, and
                                          Walker


IT IS SO ORDERED:


Dated:_September 21, 2009_____     /s/ Lawrence J. 'Neill_____
                                   LAWRENCE J. O'NEILL
                                   UNITED STATES DISTRICT JUDGE

2