# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED BROWN,** | **CIV F 02 6018 LJO DLB P** |
| Plaintiff, | **VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | **(Doc. 224)** |
| **EDGAR CASTILLO, et al.,** | |
| Defendants. | |

_____/

Following mediation of this case on July 23, 2009, with the Honorable Magistrate Judge Nandor J. Vadas, Plaintiff Alfred Brown, by and through his attorney of record, voluntarily dismisses Defendant Robert D. Walker from this action, with prejudice.

Further, Plaintiff Alfred Brown and Defendant Robert D. Walker, by and through their attorneys of record, hereby stipulate that this case be dismissed with prejudice.

Each party is to bear his or her own attorneys' fees and costs.

Dated: May 5, 2010
/s/ David K. Sergi
DAVID K. SERGI
David K. Sergi & Associates, P.C.
Attorneys for Plaintiff Alfred Brown

Dated: May 5, 2010
/s/ Julianne Mossler
JULIANNE MOSSLER
Deputy Attorney General
Attorneys for Defendant Walker

IT IS SO ORDERED.

**Dated:   May 7, 2010**                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE